IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY L. STOUT,<br><br>        Plaintiff,<br><br>     v.<br><br>JOSEPH GAMA, et al.,<br><br>        Defendants.<br>_____/ | No. CIV.S-05-2135 FCD DAD PS<br><br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is proceeding in this action pro se and in forma pauperis pursuant to 28 U.S.C. § 1915.  The matter was referred to a United States Magistrate Judge by Local Rule 72-302(c)(21) pursuant to 28 U.S.C. § 636(b)(1).

By order filed October 24, 2005, plaintiff's complaint was dismissed and twenty days leave to amend was granted.  On December 6, 2005, the order was re-served on plaintiff at both the address listed on his most recent correspondence to the court and the address listed on his complaint.  The time period has now expired, and plaintiff has

/////

1

1  not filed an amended complaint or otherwise responded to the court's
2  order.
3          Although it appears from the file that plaintiff's copies of
4  the order sent to both addresses were returned as "undeliverable,"
5  plaintiff was properly served.  It is the plaintiff's responsibility
6  to keep the court apprised of his current address at all times.
7  Pursuant to Local Rule 83-182(f), service of documents at the record
8  address of the party is fully effective.
9          IT IS HEREBY RECOMMENDED that this action be dismissed
10 without prejudice.  <u>See</u> L.R. 11-110; Fed. R. Civ. P. 41(b).
11         The Clerk of the Court is hereby directed to serve a copy of
12 these findings and recommendations on plaintiff at 501 Glendale
13 Street, Suite 4, Park Hills, MO 63601 and 1502 N. Washington Street,
14 Suite 16, Farmington, MO 63640.
15         These findings and recommendations are submitted to the
16 United States District Judge assigned to the case, pursuant to the
17 provisions of 28 U.S.C. § 636(b)(1).  Within twenty days after being
18 served with these findings and recommendations, plaintiff may file
19 written objections with the court.  Such a document should be
20 captioned "Objections to Magistrate Judge's Findings and
21 Recommendations."  Plaintiff is advised that failure to file
22 objections within the specified time may waive the right to appeal the
23 /////
24 /////
25 /////
26 /////

1  District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir.
2  1991).
3  DATED: February 13, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

8  DAD:lg
   ddad1/orders.prose/stout2135.fta