IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY L. STOUT,

      Plaintiff,                    No. CIV S-05-2135 FCD DAD PS

    vs.

JOSEPH GAMA, et al.,

      Defendants.           ORDER

_____/

      Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

      On February 13, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

      1. The findings and recommendations filed February 13, 2006, are adopted in full; and

1

1    2.  This action is dismissed without prejudice. <u>See</u> L.R. 11-110; Fed. R. Civ. P.
2 41(b).
3 DATED:March 21, 2006

        /s/ Frank C. Damrell Jr.
        FRANK C. DAMRELL JR.
        United States District Judge